### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GINO ROMANO d/b/a<br>MICHAEL SCOTT PESCE | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | )    NO. CIV-09-296-HE |
| | ) |
| BERNARD MADOFF<br>a/k/a BERNIE MADOFF, | )<br>)<br>) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered this date, this action is dismissed without prejudice.

**IT IS SO ORDERED**.

Dated this 22nd day of April, 2009.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE